Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

2008 AUG -8 PM 3:19
CLERK
U S DISTRICT COURT

**U.S.A. vs. Clifton Earl Johnson**　　　　　　　　　　　　　　　　　　　　**Docket No. 95-00024-001**

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Clifton Earl Johnson, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 27th day of October 1995, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall participate in drug testing and/or treatment as directed by the probation office.
- Shall provide the probation office with access to any requested financial information.
- Shall pay restitution in the amount of $8,922.
- Shall pay a special assessment fee of $150.

**10-27-95:**　　Bank Robbery and Armed Bank Robbery; 60 months' imprisonment, 5 years' supervised release.
**10-13-03:**　　Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports the following:

The releasee was ordered to pay restitution in the amount of $8,922. To date, the releasee has paid a total amount towards restitution of $489.00.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 95-00024-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　　　August 6, 2008

ORDER OF COURT
Considered and ordered this ___ day of _____, 20 08 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

_____
John P. Kuklar
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:　　Pittsburgh, Pennsylvania